944 A.2d 24

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. FRANK GILMORE, DEFENDANT–PETITIONER, AND KARON GILMORE, ETC., ET AL., DEFENDANTS.

December 19, 2005.

ORDERED that the petition for certification is granted, limited solely to the issue of defendant's sentence, and in respect of that issue the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).

944 A.2d 25

STATE OF NEW JERSEY, PLAINTIFF–DAVID L. WILDER, v. DAVID L. WILDER, DEFENDANT–CROSS–PETITIONER.

January 31, 2008.

ORDERED that in light of the Court's disposition of the State's appeal, defendant's cross-petition for certification is granted, and the matter is summarily remanded to the Appellate Division to consider the sentencing issues not previously reached by that court.

Jurisdiction is not retained.